# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SAAD REMODELING & CUSTOM HOME BUILDERS, INC.,** and **SAAD HOME, INC.,**
Appellants,

v.

**REYES FC SERVICES CORP.,**
Appellee.

No. 4D2024-1807

[December 4, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Terri-Ann Miller, Judge; L.T. Case No. COSO21000406.

Michael Garcia of Michael Garcia, P.A., Fort Lauderdale, for appellant.

Carlos J. Reyes of GrayRobinson P.A., Fort Lauderdale, and Kristie L. Hatcher-Bolin of GrayRobinson, P.A., Lakeland, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***